IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) TYQUIS SYJUAN JENKINS,<br>(2) TWYJUAN DEMETRIC JENKINS, and<br>(3) ANTRELL NACHEF WALKER | Case No. 3:20-MJ-75-DSC<br><br>**ORDER** |

UPON MOTION of the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, for an order directing that the Criminal Complaint and Attached Affidavit in this matter be unsealed; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation in this case;

NOW, THEREFORE, IT IS ORDERED that the above-captioned case be unsealed.

The Clerk is directed to certify copies of this Order to Defense Counsel, U.S. Probation Office, U.S. Marshal Service, and the United States Attorney's Office.

**SO ORDERED**.

Signed: March 17, 2020

_____
David S. Cayer
United States Magistrate Judge